# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11001-MDC

TAYJHA N. BROWN

358 LAROSE DRIVE

COATESVILLE, PA 19320-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  TAYJHA N. BROWN

  358 LAROSE DRIVE

  COATESVILLE, PA 19320-

Counsel for debtor(s), by electronic notice only.

  DAVID B. SPITOFSKY ESQUIRE
  LAW OFFICES OF DAVID SPITOFSKY
  516 SWEDE ST
  NORRISTOWN, PA 19401-

Date: 8/25/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee