**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **TAYJHA N. BROWN** | : | |
| | : | |
| DEBTOR | : | NO. 16-11001 (MDC) |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION
OF DAVID B. SPITOFSKY, ESQUIRE FOR ALLOWANCE OF COUNSEL FEES**

I, David B. Spitofsky, do certify that:

1. On August 29, 2016, the Application of David B. Spitofsky, Esquire for Allowance of Counsel Fees (the "Application") was filed with the Court.

2. A copy of the Application and Notice of Application was served upon the United States Trustee, the Chapter 13 Standing Trustee, the Debtor(s) and all other parties.

3. The Notice provided for an Answer, Objection or other responsive pleading to be filed within twenty (20) days of the date of the Notice with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania and a copy served on Counsel for Debtor(s).

4. As of the date hereof, no answer, objection or other responsive pleading has been received by Counsel for Debtor(s) in connection with the Application.

5. Counsel for Debtor(s) respectfully requests the Court to consider the Application uncontested, grant the Application and enter the proposed Order attached to the Application.

Dated: September 20, 2016

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No.: (610) 272-2961