United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-11001-mdc
Tayjha N. Brown                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Denine              Page 1 of 1           Date Rcvd: Jan 11, 2017
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db            +Tayjha N. Brown,   358 Larose Drive,   Coatesville, PA 19320-1628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13675696       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 12 2017 01:46:08      Regional Acceptance Corporation,
                P.O. Box 1847,   Wilson, NC 27894-1847
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Tayjha N. Brown spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Valley jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,   dmaurer@pkh.com
              PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TAYJHA BROWN,<br><br>     Debtor,<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>     Movant<br><br> v.<br><br>TAYJHA BROWN and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>     Respondents | Bankruptcy No. 16-11001-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 31 |

ORDER OF COURT

AND NOW, this 10th day of January, 2017, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge