IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 16-11001-mdc |
|---|---|
| TAYJHA BROWN, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 42 and 43 |
| REGIONAL ACCEPTANCE CORPORATION, Movant | |
| v. | |
| TAYJHA BROWN and WILLIAM C. MILLER, Ch. 13 Trustee, Respondents | |

ORDER OF COURT

AND NOW, this 27th day of _____February_____, 2017, upon consideration of the foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2013 Ford Fusion Sedan 4D SE EcoBoost 1.6L I4 Turbo, VIN 3FA6P0HR6DR327362.

_____
Hon. Magdeline D. Coleman
Chief United Stated Bankruptcy Court Judge