United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-11001-mdc
Tayjha N. Brown                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine            Page 1 of 1        Date Rcvd: Feb 27, 2017
                    Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db             +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
      DAVID B. SPITOFSKY    on behalf of Debtor Tayjha N. Brown spitofskybk@verizon.net,
       spitofskylaw@verizon.net
      JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Valley jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       lhaller@pkh.com,    dmaurer@pkh.com
      PETER J. ASHCROFT    on behalf of Creditor   Regional Acceptance Corporation
       pashcroft@bernsteinlaw.com,
       pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
       rive.com
      THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-11001-mdc |
| TAYJHA BROWN, | Chapter 13 |
| Debtor, | Related to Doc. Nos. 42 and 43 |
| REGIONAL ACCEPTANCE CORPORATION, | |
| Movant | |
| v. | |
| TAYJHA BROWN and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

## ORDER OF COURT

AND NOW, this 27th day of February, 2017, upon consideration of the foregoing Certification of Default of Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation in the 2013 Ford Fusion Sedan 4D SE EcoBoost 1.6L I4 Turbo, VIN 3FA6P0HR6DR327362.

_____
Hon. Magdeline D. Coleman
Chief United Stated Bankruptcy Court Judge