United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11001-mdc
Tayjha N. Brown                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Mar 02, 2017
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
```
db              +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
13675680        +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13675679        +Account Resolution Services,    1643 Harrison Parkway,    Suite 100,    Sunrise, FL 33323-2857
13755035         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                  Carol Stream, IL  60197-5008
13675681        +Commonwealth Financial Systems,    245 Main Street,    Scranton, PA 18519-1641
13675676        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                  Norristown, PA 19401-4807
13675682        +Discover Bank,    502 E. Market Street,    Greenwood, DE 19950-9700
13675683        +Dominic C. Brown,    134 W. Biddle Street,    West Chester, PA 19380-2504
13718187         Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13675687        +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                  Philadelphia, PA 19106-1538
13675686        +Keystone Credit Services, LLC,    664 Furnace Hills Pike,    Lititz, PA 17543-8907
13716771        +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                  Dallas, TX 75380-0849
13675688        +Landis & Setzler, P.C.,    310 North High Street,    West Chester, PA 19380-2614
13675689        +Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
13675690        +Medical Data Systems,    2001 9th Avenue, Ste. 3,    Vero Beach, FL 32960-6413
13675693        +PA American Water Company,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13675697        +Roundhill Condominium Association,    Shew Community Management,    P.O. Box 105007,
                  Atlanta, GA 30348-5007
13675698        +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13766746        +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
13764084        +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 03 2017 01:33:13     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:32:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2017 01:33:12     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13699508        +E-mail/Text: csc.bankruptcy@amwater.com Mar 03 2017 01:33:22     American Water,    P.O. Box 578,
                  Alton, IL 62002-0578
13675678        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 03 2017 01:33:03     Frederic J. Baker, Esquire,
                  Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13675685         E-mail/Text: cio.bncmail@irs.gov Mar 03 2017 01:32:48     Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
13675691        +E-mail/Text: bgiron@ncsplus.com Mar 03 2017 01:32:49     NTL Credit Systems,
                  117 E. 24th Street,    New York, NY 10010-2937
13675692        +E-mail/PDF: cbp@onemainfinancial.com Mar 03 2017 01:38:33     OneMain Financial,
                  6801 Colwell Boulevard,    Irving, TX 75039-3198
13675694         E-mail/Text: blegal@phfa.org Mar 03 2017 01:33:04     PA Housing Finance Agency,
                  211 North Front Street,    P.O. Box 8029,    Harrisburg, PA 17105-8029
13743375         E-mail/Text: blegal@phfa.org Mar 03 2017 01:33:04     PHFA/HEMAP,    211 NORTH FRONT ST,
                  PO BOX 8029,    HARRISBURG, PA 17105
13675695         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:49:37
                  Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
13675696        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 03 2017 01:37:44     Regional Acceptance Corporation,
                  P.O. Box 1847,    Wilson, NC 27894-1847
13711220         E-mail/Text: appebnmailbox@sprint.com Mar 03 2017 01:33:02     Sprint Corp,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13675699        +E-mail/Text: BKRMailOps@weltman.com Mar 03 2017 01:33:05     Weltman, Weinberg & Reis Co.,
                  325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, pa 19404-3020
13691738*        Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
13675677*       +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
13675684       ##+EdU Lending LLC,    150 McMullen Booth,    Clearwater, FL 33759-4468
                                                                                   TOTALS: 0, * 3, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Denine              Page 2 of 2                   Date Rcvd: Mar 02, 2017
                               Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Tayjha N. Brown spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,  dmaurer@pkh.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAYJHA N. BROWN                    Chapter 13

              Debtor               Bankruptcy No. 16-11001-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of __March_____, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
TAYJHA N. BROWN

358 LAROSE DRIVE

COATESVILLE, PA 19320-