United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tayjha N. Brown  
    Debtor

Case No. 16-11001-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: YvetteWD   Page 1 of 2   Date Rcvd: Apr 27, 2017  
                                 Form ID: pdf900   Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.

```
db            +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
13675680      +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13675679      +Account Resolution Services,    1643 Harrison Parkway,    Suite 100,    Sunrise, FL 33323-2857
13755035       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
13675681      +Commonwealth Financial Systems,    245 Main Street,    Scranton, PA 18519-1641
13675676      +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
13675682      +Discover Bank,    502 E. Market Street,    Greenwood, DE 19950-9700
13675683      +Dominic C. Brown,    134 W. Biddle Street,    West Chester, PA 19380-2504
13718187       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13675687      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13675686      +Keystone Credit Services, LLC,    664 Furnace Hills Pike,    Lititz, PA 17543-8907
13716771      +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13675688      +Landis & Setzler, P.C.,    310 North High Street,    West Chester, PA 19380-2614
13675689      +Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
13675690      +Medical Data Systems,    2001 9th Avenue, Ste. 3,    Vero Beach, FL 32960-6413
13675693      +PA American Water Company,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13675697      +Roundhill Condominium Association,    Shew Community Management,    P.O. Box 105007,
                 Atlanta, GA 30348-5007
13675698      +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13766746      +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13764084      +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13699508      +E-mail/Text: csc.bankruptcy@amwater.com Apr 28 2017 12:45:25     American Water,    P.O. Box 578,
                 Alton, IL 62002-0578
13675678      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 28 2017 12:44:48     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13675685       E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 12:44:19     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13675691      +E-mail/Text: bgiron@ncsplus.com Apr 28 2017 12:44:21     NTL Credit Systems,
                 117 E. 24th Street,    New York, NY 10010-2937
13675692      +E-mail/PDF: cbp@onemainfinancial.com Apr 28 2017 01:32:18     OneMain Financial,
                 6801 Colwell Boulevard,    Irving, TX 75039-3198
13675694       E-mail/Text: blegal@phfa.org Apr 28 2017 12:44:50     PA Housing Finance Agency,
                 211 North Front Street,    P.O. Box 8029,    Harrisburg, PA 17105-8029
13743375       E-mail/Text: blegal@phfa.org Apr 28 2017 12:44:50     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13675695       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2017 01:49:22
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
13675696      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 28 2017 01:32:40     Regional Acceptance Corporation,
                 P.O. Box 1847,    Wilson, NC 27894-1847
13711220       E-mail/Text: appebnmailbox@sprint.com Apr 28 2017 12:44:46     Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13675699      +E-mail/Text: BKRMailOps@weltman.com Apr 28 2017 12:44:52     Weltman, Weinberg & Reis Co.,
                 325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
                                                                                             TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, pa 19404-3020
13691738*      Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
13675677*     +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
13675684     ##+EdU Lending LLC,    150 McMullen Booth,    Clearwater, FL 33759-4468
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: pdf900             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:

```
          DAVID B. SPITOFSKY    on behalf of Debtor Tayjha N. Brown spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           lhaller@pkh.com,  dmaurer@pkh.com
          PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 04/27/17 |
| | : | | Time: 11:00 a.m. |
| TAYJHA N. BROWN | : | | Place: Courtroom #2 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 16-11001(MDC) | Phila., PA 19107 |

## ORDER VACATING DISMISSAL ORDER AND REINSTATING CHAPTER 13 BANKRUPTCY

AND NOW, this 27th day of April, 2017, upon consideration of Debtor's Motion to Vacate Dismissal Order and to Reinstate Chapter 13 Bankruptcy (the "Motion"), and notice and the opportunity for the hearing thereon, it is hereby;

**ORDERED**, that the Motion is GRANTED, and it is further

**ORDERED**, that the Order dismissing Debtor's case is vacated and that the automatic stay provision of the United States Bankruptcy Code remain in full force and effect.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc: David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Frederic J. Baker, Esquire
Senior Asst. U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107