**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Tayjha N. Brown, | : | |
|        Debtor. | : | Bankruptcy No. 16-11001-MDC |

# **O R D E R**

**AND NOW**, David B. Spitofsky (the "Applicant"), counsel to Tayjha N. Brown (the "Debtor"), filed a Supplemental Application for Compensation and Reimbursement of Expenses dated June 13, 2017 (the "Supplemental Application").[1]

**AND**, pursuant to the Supplemental Application, the Applicant requests the allowance of compensation in the amount of $1,000.00 and the reimbursement of expenses in the amount $0.00 (the "Supplemental Fees").

**AND**, the Applicant filed a certification that proper service of the Supplemental Application has been made on all interested parties.

**AND**, the Applicant filed a Certification of No Response dated July 5, 2017.

**AND**, the Applicant was previously awarded compensation in the amount of $3,000.00 and the reimbursement of expenses in the amount $0.00 pursuant to this Court's Order dated October 19, 2016.[2]

**AND**, pursuant to the Debtor's Amended Chapter 13 Plan filed on August 13, 2016 (the "Plan"),[3] and approved by this Court pursuant to an Order dated October 13, 2017,[4] the Plan provides for payment of attorneys' fees in the total amount of $2,000.00 in addition to $1,000.00, the amount paid to the Applicant prior to the filing of the Debtors' Chapter 13 petition.

---

[1] Bankr. Docket No. 66.

[2] Bankr. Docket No. 29.

[3] Bankr. Docket No. 18.

[4] Bankr. Docket No. 35.

**AND**, the Plan does not provide for payment of the Supplemental Fees.

It is hereby **ORDERED** that Supplemental Fees are denied.

Dated: July 17, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

David B. Spitofsky, Esquire
Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107