Case 16-11001-mdc    Doc 75    Filed 12/02/17    Entered 12/03/17 01:07:28    Desc Imaged
Certificate of Notice    Page 1 of 3

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11001-mdc
Tayjha N. Brown                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2              Date Rcvd: Dec 01, 2017
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2017.
db           +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
13675680     +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13675679     +Account Resolution Services,    1643 Harrison Parkway,    Suite 100,    Sunrise, FL 33323-2857
13755035      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
               Carol Stream, IL 60197-5008
13675681     +Commonwealth Financial Systems,    245 Main Street,    Scranton, PA 18519-1641
13675676     +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
               Norristown, PA 19401-4807
13675682     +Discover Bank,    502 E. Market Street,    Greenwood, DE 19950-9700
13675683     +Dominic C. Brown,    134 W. Biddle Street,    West Chester, PA 19380-2504
13675684     +EdU Lending LLC,    150 McMullen Booth,    Clearwater, FL 33759-4468
13718187      Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
13675687     +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
13675686     +Keystone Credit Services, LLC,    664 Furnace Hills Pike,    Lititz, PA 17543-8907
13716771     +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
13675688     +Landis & Setzler, P.C.,    310 North High Street,    West Chester, PA 19380-2614
13675689     +Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
13675690     +Medical Data Systems,    2001 9th Avenue, Ste. 3,    Vero Beach, FL 32960-6413
13675693     +PA American Water Company,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
13675697     +Roundhill Condominium Association,    Shew Community Management,    P.O. Box 105007,
               Atlanta, GA 30348-5007
13675698     +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13766746     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13764084     +U.S. Bank N.A.,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 01 2017 07:38:33     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 07:38:10
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 01 2017 07:38:27     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13699508     +E-mail/Text: csc.bankruptcy@amwater.com Dec 01 2017 07:38:45     American Water,    P.O. Box 578,
               Alton, IL 62002-0578
13675678     +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 01 2017 07:38:19     Frederic J. Baker, Esquire,
               Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13675685      E-mail/Text: cio.bncmail@irs.gov Dec 01 2017 07:37:58     Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13675691     +E-mail/Text: bgiron@ncsplus.com Dec 01 2017 07:37:59     NTL Credit Systems,
               117 E. 24th Street,    New York, NY 10010-2937
13675692     +E-mail/PDF: cbp@onemainfinancial.com Dec 01 2017 07:37:24     OneMain Financial,
               6801 Colwell Boulevard,    Irving, TX 75039-3198
13675694      E-mail/Text: blegal@phfa.org Dec 01 2017 07:38:20     PA Housing Finance Agency,
               211 North Front Street,    P.O. Box 8029,    Harrisburg, PA 17105-8029
13743375      E-mail/Text: blegal@phfa.org Dec 01 2017 07:38:20     PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,    HARRISBURG, PA 17105
13675695      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 01 2017 07:37:34
               Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
13675696     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 01 2017 07:37:39     Regional Acceptance Corporation,
               P.O. Box 1847,    Wilson, NC 27894-1847
13711220      E-mail/Text: appebnmailbox@sprint.com Dec 01 2017 07:38:17     Sprint Corp,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13675699     +E-mail/Text: BKRMailOps@weltman.com Dec 01 2017 07:38:22     Weltman, Weinberg & Reis Co.,
               325 Chestnut Street,    Suite 501,    Philadelphia, PA 19106-2605
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Township of Valley,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, pa 19404-3020
13691738*     Regional Acceptance Corporation,    PO Box 1847,    Wilson, NC 27894-1847
13675677*    +Tayjha N. Brown,    358 Larose Drive,    Coatesville, PA 19320-1628
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Dec 01, 2017
                              Form ID: pdf900             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Tayjha N. Brown spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Valley jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
                bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
                lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              PETER J. ASHCROFT    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
                tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAYJHA N. BROWN                                    Chapter 13

                         Debtor              Bankruptcy No. 16-11001-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ____30th____ day of ____November____, 201_7_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
TAYJHA N. BROWN

358 LAROSE DRIVE

COATESVILLE, PA 19320-